UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CHERI COUGHLIN,

                                Plaintiff,

  -vs-                                                                         6:12-CV-645

COMMISSIONER OF SOCIAL SECURITY,

                                Defendant.

---

**Thomas J. McAvoy,**
**United States District Judge**

### DECISION and ORDER

      This matter was referred to the Hon. Andrew Baxter, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York. No objections to the April 30, 2013 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation and Order for the reasons stated therein.

      Accordingly, the Plaintiff's complaint is DISMISSED in its entirety and the decision of the Commissioner is AFFIRMED.

**IT IS SO ORDERED.**

Dated: June 7, 2013

*[signature: Thomas J. McAvoy]*
Thomas J. McAvoy
Senior, U.S. District Judge